**People of the State of Illinois, Appellee, v. William Earnest Hope, Appellant.**

**Gen. No. 54,174.**

First District, First Division.
October 13, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**